**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-2203**

---

BUSINESS LOAN EXPRESS, LLC,

                                    Plaintiff - Appellee,

      versus

HEKYONG PAK,

                                  Defendant - Appellant,

      and

H&K FAMILY TRUST, LLC,

                                  Defendant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, District Judge. (CA-04-634-JFM)

---

Submitted: January 27, 2005      Decided: February 1, 2005

---

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Hekyong Pak, Appellant Pro Se. Joel S. Aronson, RIDBERG, PRESS & SHERBILL LLP, Bethesda, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hekyong Pak appeals the district court's order entering judgment in favor of Business Loan Express, LLC, for $200,000 and declaring the transfer of property known as 29 W. North Ave., Baltimore, Maryland, from Hosurl and Kyuryon Pak to H&K Family Trust, LLC, null and void. Pak also appeals from the district court's order denying her motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bus. Loan Express v. Pak, No. CA-04-634-JFM (D. Md. July 9, 2004 & Aug. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED